UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

—————————————————————————

BENJAMIN ROBERTS,                :

                             :

             Plaintiff,      :

                             :   Case 3:12-cv-01222-JAM

        v.                 :

                             :   **MOTION TO COMPEL**

TRIPLANET PARTNERS LLC, et al.,  :

                             :

            Defendants.  :

—————————————————————————

       Pursuant to Fed. R. Civ. P. 37 and Rules 7(a) and 37 of the Local Civil Rules, Defendants

Sophien Bennaceur and Imed Bennaceur ("Defendants") move for an order to compel Plaintiff to

produce handwritten notes which he reviewed in preparation and at his deposition and, in

addition, to produce documents Defendants requested on July 11, 2013 and October 29, 2013.

Defendants submit a Memorandum of Law with an exhibit in support of their Motion to Compel.

       WHEREFORE, for all of the foregoing reasons and for the reasons set forth in the

Memorandum of Law, Defendants respectfully request that this Court enter an order compelling

Plaintiff to comply with the document requests and to produce the handwritten notes, and grant

such other and further relief as this Court deems just and proper.

Dated: June 13, 2014
      New York, New York               STAMELL & SCHAGER, LLP

                                   By: /s/ Andrew R. Goldenberg
                                 Jared B. Stamell
                                 Andrew R. Goldenberg
                                 555 Fifth Avenue, 14th Floor
                                 New York, NY  10017
                                 Telephone: (212) 566-4047
                                 Facsimile: (212) 566-4061
                                 stamell@ssnyc.com
                                 goldenberg@ssnyc.com

*Attorneys for Defendants Sophien*
*Bennaceur and Imed Bennaceur*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2014, a true and correct copy of the foregoing

instrument was served upon the counsel of record via ECF.

By: /s/ Andrew R. Goldenberg